```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                      CENTRAL DISTRICT OF CALIFORNIA
10
11  ALEX EDWARD DURAN,              )    NO. CV 13-9100-MMM(E)
                                    )
12                 Petitioner,      )
                                    )
13           v.                     )    JUDGMENT
                                    )
14  WARDEN PARAMO,                  )
                                    )
15                 Respondent.      )
    _____ )
16
17
18       Pursuant to the "Order of Dismissal,"
19
20       IT IS ADJUDGED that the Petition is denied and dismissed
21  without prejudice.
22
23           DATED:  January 14, 2014
24
25
26                         _____
                                   MARGARET M. MORROW
27                           UNITED STATES DISTRICT JUDGE
28
```